

FILED

06/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0326

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0326

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

LAWRENCE MATTHEW BRASDA,

    Defendant and Appellant.

FILED

JUN 26 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including July 28, 2020, within which to prepare, serve, and file the State's response.

DATED this 26th day of June, 2020.

Bowen Greenwood

Clerk of Supreme Court

TKP